1 **KRIS J. KRAUS**
California Bar No. 233699
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5
6 Attorneys for Defendant
7
8                        UNITED STATES DISTRICT COURT
9                       SOUTHERN DISTRICT OF CALIFORNIA
10                          **(HONORABLE NITA L. STORMES)**

11 UNITED STATES OF AMERICA,        ) Case No.  08MJ0541-02
                                    )
12         Plaintiff,                )
                                    )
13 v.                                ) **NOTICE OF ATTORNEY APPEARANCE**
                                    )
14 MISAEL GARCIA-LEON,              )
                                    )
15         Defendant.                )
                                    )
16 _____  )

17         Pursuant to implementation of the CM/ECF procedures in the Southern District of California ,

18 Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                         Respectfully submitted,

21

22 Dated:  February 28, 2008            /s/ Kris J. Kraus
                                        **KRIS J. KRAUS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

**Nancy Bryn Rosenfeld**
Law Office of Nancy B Rosenfeld
1168 Union Street
Suite 303
San Diego, CA 92101
(619)234-3616
Fax: (619)234-0054
Email: nrosenfeld@aol.com

DATED:  February 28, 2008        */s/ Kris J. Kraus*
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Kris_Kraus@fd.org