FILED

08 MAR -5 PM 3:13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury     08 CR 0640 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ARAEL GUZMAN-RODRIGUEZ (1), ) MISAEL GARCIA-LEON (2), ) | |
| Defendants. ) | |

The grand jury charges:

Count 1

On or about February 22, 2008, within the Southern District of California, defendants ARAEL GUZMAN-RODRIGUEZ and MISAEL GARCIA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Arturo Melgoza-Rodriguez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

JDM:fer:San Diego
2/29/08

<u>Count 2</u>

On or about February 22, 2008, within the Southern District of California, defendants ARAEL GUZMAN-RODRIGUEZ and MISAEL GARCIA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Arturo Melgoza-Rodriguez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about February 22, 2008, within the Southern District of California, defendants ARAEL GUZMAN-RODRIGUEZ and MISAEL GARCIA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Tomas Ignacio-Santiago, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 4

On or about February 22, 2008, within the Southern District of California, defendants ARAEL GUZMAN-RODRIGUEZ and MISAEL GARCIA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Tomas Ignacio-Santiago, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about February 22, 2008, within the Southern District of California, defendants ARAEL GUZMAN-RODRIGUEZ and MISAEL GARCIA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Melgoza-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 6</u>

On or about February 22, 2008, within the Southern District of California, defendants ARAEL GUZMAN-RODRIGUEZ and MISAEL GARCIA-LEON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Melgoza-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 5, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney