R. Keramati, SBN# 182425
Western Legal Group, APC.
110 West C. Street, Suite 1300
San Diego, California 92101
Telephone (619) 231-2529
Facsimile (619) 231-2528

Attorney for: TOMAS IGNACIO-SANTIAGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Case No. **08cr640-IEG (NLS)** |
| Plaintiff, | |
| vs. | NOTICE OF MOTION AND MOTION FOR THE TAKING OF A VIDEO DEPOSITION OF MATERIAL WITNESS TOMAS IGNACIO-SANTIAGO |
| **Arael GUZMAN-Rodriguez (1), Misael GARCIA-Leon (2)** | |
| Defendant(s) | DATE: April 8, 2008 |
| | TIME: 9:30 a.m. |
| | JUDGE: Honorable Nita L. Stormes |

TO: NANCY BRYN ROSENFELD, ESQ., Attorney for Defendant Arael Guzman-Rodriguez

TO: KRISTIN JOSEPH KRAUS, ESQ., Attorney for Defendant Misael Garcia-Leon

TO: PAUL L. STARITA, AUSA, Attorney for the Prosecution.

PLEASE TAKE NOTICE that on April 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Nita L. Stormes, the material witness, TOMAS IGNACIO-SANTIAGO, by and through his counsel, RAY KERAMATI, will bring the above entitled motion.

/////

**MOTION**

The material witness, TOMAS IGNACIO-SANTIAGO, by and through his counsel, RAY KERAMATI, and pursuant to Rule 15(a) of the Federal Rules of Criminal Procedure, and pursuant to 18 U.S.C. Section 3144, move for an order to secure his testimony pending trial, and for an order for his release from custody immediately thereafter.

This motion will be made on the grounds that the witness is unable to meet any condition of release and that his testimony can be adequately be secured by deposition, and that further detention is not necessary to prevent a failure of justice and would, in fact, perpetuate an extreme hardship on the material witness and his family.

This motion will be made based upon the Declaration of Ray Keramati, Esq., the Points and Authorities in Support of the Motion, and all documents and records on file herein and upon such oral testimony as the Court may deem proper.


DATED: <u>March 21, 2008</u>                    <u>/s/ Ray Keramati</u>
                                        R. Keramati, Esq.
                                        Attorney for Material Witness
                                        TOMAS IGNACIO-SANTIAGO

**NOTICE OF MOTION AND MOTION FOR THE TAKING OF A VIDEO DEPOSITION OF MATERIAL WITNESS TOMAS IGNACIO-SANTIAGO**