R. Keramati, SBN# 182425
Western Legal Group, APC.
110 West C. Street, Suite 1300
San Diego, California 92101
Telephone (619) 231-2529
Facsimile (619) 231-2528

Attorney for: TOMAS IGNACIO-SANTIAGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　Plaintiff,<br><br>vs.<br><br>**Arael GUZMAN-Rodriguez (1),**<br>**Misael GARCIA-Leon (2)**<br><br>　　　Defendant(s) | Criminal Case No. **08cr640-IEG (NLS)**<br><br>DECLARTION OF RAY KERAMATI IN SUPPORT OF MOTION REQUESTING THE ORDERING OF A VIDEO DEPOSITION OF JUAN TOMAS IGNACIO-SANCHEZ<br><br>DATE: April 8, 2008<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Nita L. Stormes |

I, Ray Keramati, declare as follows:

　　1.　I am an attorney duly licensed to practice before the courts of the State of California and I am counsel of record for Mr. Tomas Ignacio-Sanchez. If called as a witness herein, I could and would competently testify to the facts set forth herein.

　　2.　Mr. Ignacio-Sanchez has been in custody since February 22, 2008.

　　3.　Mr. Ignacio-Sanchez' incarceration has placed a great hardship on him.

　　4.　Mr. Ignacio-Sanchez does not have a surety to post a material witness appearance bond for his release.

-2-

1      5.  I am requesting that the court order a video deposition hearing to be held to secure the
2  testimony of Mr. Ignacio-Sanchez as soon as practicable.
3      I declare under the penalty of perjury under the laws of the United States of America that
4  the foregoing is true and correct.  Executed at San Diego, California on March 21, 2008.

6  DATED: March 21, 2008              */s/ Ray Keramati*
                                    R. Keramati, Esq.
                                    Attorney for Material Witness
                                    TOMAS IGNACIO-SANTIAGO

-2-              08CR640-IEG (NLS)

**DECLARATION OF RAY KERAMATI IN SUPPORT OF MOTION REQUESTING THE ORDERING OF A VIDEO DEPOSITION OF JUAN TOMAS IGNACIO-SANCHEZ**