1  R. Keramati, SBN# 182425
   Employment Mediation & Litigation Services, APC
2  110 West C. Street, Suite 1300
   San Diego, California 92101
3  Telephone (619) 231-2529
   Facsimile (619) 231-2528
4

5  Attorney for: TOMAS IGNACIO-SANTIAGO

6

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE NITA L. STORMES)**

11

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. **08cr640-IEG (NLS)** |
| Plaintiff, | ) | |
| vs. | ) | |
| **Arael GUZMAN-Rodriguez (1),** **Misael GARCIA-Leon (2)** | ) | CERTIFICATE OF SERVICE |
| Defendant(s) | ) | |

20

21     I HEREBY CERTIFY that on March 21, 2008, I electronically filed the foregoing

22  document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

23  is being served this day on all counsel of record identified on the below Service List in the

24  manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

25  or in some other authorized manner for those counsel or parties who are not authorized to receive

26  electronic Notices of Electronic Filing.

27

28  DATED: March 21, 2008                    */s/ Ray Keramati*
                                              R. Keramati, Esq.

---

**-1-**                                                              **08CR640-IEG (NLS)**

**CERTIFICATE OF SERVICE**

**SERVICE LIST**
United States v. Arael Guzman_Rodriguez et al.
Case No. 08cr640-IEG (NLS)
Unites States District Court, Southern District of California

**Paul L Starita**
Paul.Starita@usdoj.gov, debra.huntley@usdoj.gov, efile.dkt.gc1@usdoj.gov

**Kristin Joseph Kraus**
Kris_Kraus@fd.org, Angelica_Hernandez@fd.org

**Nancy Bryn Rosenfeld**
nrosenfeld@aol.com

[Service via CM/ECF]