1  **KRIS J. KRAUS**
   California Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4

5  Attorneys for Mr. Misael Garcia-Leon

6

7

8                            UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10                           **(HONORABLE IRMA E. GONZALEZ)**

11 | UNITED STATES OF AMERICA,       )   Case No. 08CR0640-IEG (NLS)
                                    )
12 |         Plaintiff,              )   Date: APRIL 8, 2008
                                    )   Time: 9:30 A.M.
13 | v.                              )
                                    )   NOTICE OF OBJECTION TO
14 | MISAEL GARCIA-LEON,             )   RELEASE OF MATERIAL WITNESS
                                    )   AND MOTION TO DETAIN SAME
15 |         Defendant.              )
   |_____)

16

17 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY,
          PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY,
18        REZA KERAMATI, ATTORNEY FOR THE MATERIAL WITNESSES,

19        PLEASE TAKE NOTICE that on April 8, 2008 at 9:30 a.m., or as soon thereafter as counsel may

20 be heard, the defendant, Mr. Garcia-Leon, by and through his counsel, Kris J. Kraus and Federal Defenders

21 of San Diego, Inc., will ask this Court to enter an order granting the motion listed below.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

## MOTION

Mr. Garcia-Leon, the defendant in this case, by and through his attorneys, Kris J. Kraus and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order Detaining the Material Witness until Trial.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: MARCH 27, 2008        /s/ KRIS KRAUS
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Misael Garcia-Leon

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Starita**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: paul.starita@usdoj.gov

**Nancy Bryn Rosenfeld**
Law Office of Nancy B Rosenfeld
1168 Union Street
Suite 303
San Diego, CA 92101
(619)234-3616
Fax: (619)234-0054
Email: nrosenfeld@aol.com

**Reza Keramati**
Law Office of Reza Keramati
110 West C Street
Suite 1300
San Diego, CA 92101-3978
(619)231-2529
Fax: (619)231-2528
Email: rabrera@emlslaw.com

Dated: March 27, 2008         /s/  Kris J. Kraus
                              KRIS J. KRAUS
                              Federal Defenders
                              225 Broadway, Suite 900
                              San Diego, CA 92101-5030
                              (619) 234-8467  (tel)
                              (619) 687-2666  (fax)
                              e-mail: kris_kraus@fd.org