FILED
APR 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0640-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ADMITTING STIPULATION INTO EVIDENCE AND RELEASE OF MATERIAL WITNESSES |
| ARAEL GUZMAN-RODRIGUEZ (1), MISAEL GARCIA-LEON (2), | ) | |
| Defendants. | ) | |

Upon the Stipulations and Joint Motions of the parties and for good cause shown,

THE STIPULATIONS are admitted into evidence, and,

IT IS ORDERED that the material witnesses, namely Jorge Arturo Melgoza-Rodriguez, Tomas Ignacio-Santiago, and Victor Melgosa-Garcia, be released and remanded to the United States Department of Homeland Security for return to their respective country of origin.

SO ORDERED.

Dated: 4-11-08

_____
United States Magistrate Judge