

1  KAREN P. HEWITT
   United States Attorney
2  PAUL L. STARITA
   Assistant U.S. Attorney
3  California State Bar No. 219573
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6507
   Facsimile: (619) 235-2757
6
   Attorneys for Plaintiff
7  United States of America

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,      )  Criminal Case No. 08CR0640-IEG
                                    )
11                Plaintiff,        )  STIPULATION AND JOINT MOTION
                                    )  FOR RELEASE OF MATERIAL
12            v.                    )  WITNESSES
                                    )
13  MISAEL GARCIA-LEON (2),         )
                                    )
14                Defendant.        )
    _____)
15

16        IT IS HEREBY STIPULATED AND AGREED between the Plaintiff, UNITED STATES

17  OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita,

18  Assistant U.S. Attorney, and Defendant MISAEL GARCIA-LEON, defense counsel, Kris J. Kraus,

19  Esq., Federal Defenders of San Diego, Inc., that:

20        1.    Pursuant to a Plea Agreement, Defendant agrees to plead guilty to Count 2 of the

21  Indictment in Criminal Case No. 08CR0640-IEG charging Defendant with transportation of illegal

22  aliens in violation of 8 U.S.C. 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (v) (II).

23        2.    There are three material witnesses in this case – (1) Jorge Arturo Melgoza-Rodriguez,

24  (2) Tomas Ignacio-Santiago, and (3) Victor Melgosa-Garcia – whose testimony is material if this

25  case proceeded to trial. As discussed further, the parties stipulate that the two material witnesses

26  would testify to facts relevant to the charges and such testimony would be admissible at trial as

27  statements against interest of an unavailable witness under Fed. R. Evid. 804(b)(3), and Defendant

28                                                                              LGM

1  agrees to waive any confrontation clause challenge under Crawford v. Washington, 524 U.S. 36

2  (2004).

3      3.    Material witness # 1, Jorge Arturo Melgoza-Rodriguez, in this case:

4          a.    Is an alien with no legal right to enter or remain in the United States;

5          b.    Is a citizen and national of Mexico and was born in Zamora, Michoacan, Mexico;

6
7          c.    Traveled from Michoacan, Mexico, to Tijuana, Mexico, and then crossed, on foot, into the United States from Mexico in a mountainous area known as "El Nido De Las Aguilas";

8
9          d.    Co-Defendant, Arael Guzman-Rodriguez, was the driver of the vehicle which was transporting him in the Southern District of California;

10          e.    Defendant guided him from Mexico into the United States;

11          f.    Was to pay $2,000 to be smuggled to a destination within the United States, namely Los Angeles, California; and

12
13          g.    May be released to the United States Department of Homeland Security for return to his country of origin.

14      4.    Material witness # 2, Tomas Ignacio-Santiago, in this case:

15          a.    Is an alien with no legal right to enter or remain in the United States;

16          b.    Is a citizen and national of Mexico and was born in Magdalena Teitipac, Oaxaca, Mexico;

17
18          c.    Traveled from Oaxaca, Mexico, to Tijuana, Mexico, and then crossed, on foot, into the United States from Mexico in a mountainous area known as "El Nido De Las Aguilas";

19
20          d.    Co-Defendant, Arael Guzman-Rodriguez, was the driver of the vehicle which was transporting him in the Southern District of California;

21          e.    Defendant guided him from Mexico into the United States;

22          f.    Was to pay $2,500 to be smuggled to a destination within the United States, namely Los Angeles, California; and

23
24          g.    May be released to the United States Department of Homeland Security for return to his country of origin.

25      5.    Material witness # 3, Victor Melgosa-Garcia, in this case:

26          a.    Is an alien with no legal right to enter or remain in the United States;

27
28  *LGM.*

Case No. 08CR0640-IEG
Stipulation and Joint Motion For Release of
Material Witnesses.

2

b.   Is a citizen and national of Mexico and was born in Zamora, Michoacan, Mexico ;

c.   Traveled from Michoacan, Mexico, to Tijuana, Mexico, and then crossed, on foot, into the United States from Mexico in a mountainous area;

d.   Co-Defendant, Arael Guzman-Rodriguez, was the driver of the vehicle which was transporting him in the Southern District of California;

e.   Defendant guided him from Mexico into the United States;

f.   Was to pay $1,000 to be smuggled to a destination within the United States, namely Los Angeles, California; and

g.   May be released to the United States Department of Homeland Security for return to her country of origin.

6.     After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if the Defendant withdraws his guilty plea before the plea is accepted by the District Court, the Defendant agrees that, in any proceeding including, but not limited to, motions hearings, trial, sentencing, appeal, or collateral attack, that:

a.   The stipulated facts set forth above shall be admitted as substantive evidence;

b.   The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of an unavailable witness; and

c.   Understanding that, under Crawford v. Washington, 524 U.S. 36 (2004), testimonial hearsay statements are not admissible against a defendant unless the defendant confronted and cross examined the witness who made the testimonial hearsay statements, Defendant waives the right to confront and cross examine the material witnesses in this case.

//
//
//
//

Case No. 08CR0640-IEG    LGM.
Stipulation and Joint Motion For Release of
Material Witnesses.

3

1      Based on the foregoing, the parties jointly move the stipulation into evidence and move for

2 the immediate release of the above-named material witnesses for return to their respective country

3 of origin.

4      It is so STIPULATED AND AGREED.

5                                    Respectfully submitted,

6                                    KAREN P. HEWITT
                                   United States Attorney

7

8 Dated: _____4.7.08_____

9                                    PAUL L. STARITA
                                   Assistant U.S. Attorney

10

11 Dated: _____4/7/08_____

12                                    KRIS J. KRAUS, ESQ.
                                   Federal Defenders of San Diego, Inc.
                                   Defense Counsel

13

14

15 Dated: _____4/7/08_____

16                                    MISAEL GARCIA-LEON
                                   Defendant

17

18

19

20

21

22

23

24

25

26

27

28

                                 Case No. 08CR0640-IEG
                                   Stipulation and Joint Motion For Release of
                                   Material Witnesses.