UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>     Plaintiff )<br>            )<br>     vs. )<br>            )<br> Arael Guzman-Rodriguez(1) )<br>                    et al. )<br>     Defendant(s) )<br>            ) | CRIMINAL NO. 08CR640-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/<u>Magistrate</u> Judge, **Stormes.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

**Jorge Arturo Melgoza-Rodriguez**

DATED: **4-11-08**

<u>Nita L. Stormes</u>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk