UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Arael Guzman-Rodriguez, (1) )<br>et al. )<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR640-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

**Victor Melgosa-Garcia**

DATED: 4-11-08

RECEIVED _____
                DUSM

_Nita L. Stormes_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
       Deputy Clerk