**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Misrael Garcia-Leon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MISRAEL GARCIA-LEON, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 08CR0640-IEG <br><br> MOTION TO AMEND ORDER FOR PRESENTENCE REPORT TO CRIMINAL HISTORY REPORT |

TO: CAROL C. LAM, UNITED STATES ATTORNEY;
     PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY; AND
     JORGE HERNANDEZ BRAVO, UNITED STATES PROBATION OFFICER:

Mr. Garcia-Leon respectfully requests an order amending the Your Honor's order for a presentence report to allow probation to prepare and file a criminal history report instead. Because Mr. Garcia-Leon is facing a stipulated sentence, pursuant to the plea agreement, neither the assigned probation officer nor AUSA opposes this request.

                                        Respectfully submitted,


DATED: May 14, 2008                     **/s/ Kris J. Kraus**
                                        **KRIS J. KRAUS**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Garcia-Leon

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Paul Starita
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: Paul.Starita@usdoj.gov

A courtesy copy was sent via electronic mail to:

Jorge Hernandez Bravo
UNITED STATES PROBATION OFFICER


Dated: May 14, 2008              /s/  Kris J. Kraus
                                 KRIS J. KRAUS
                                 Federal Defenders
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 e-mail: kris_kraus@fd.org