```
                                          FILED
                                     2008 MAY 16  PM 3: 37

                                     CLERK US DISTRICT COURT
                                     SOUTHERN DISTRICT OF CALIFORNIA

                                     BY_____KMS_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0640-IEG |
| Plaintiff, | ) | |
| v. | ) | ORDER TO AMEND PRESENTENCE REPORT TO CRIMINAL HISTORY REPORT |
| MISRAEL GARCIA-LEON, | ) | |
| Defendant. | ) | |

Upon application of the defendant, Mr. Garcia-Leon, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby prepare a criminal history report instead of a presentence report.

**SO ORDERED.**

DATED: 5/15/08

HONORABLE IRMA E. GONZALEZ
United States District Judge